BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON, P.C.
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150
Fax No.:        408.288.5686

Attorneys for Defendant
MOTOROLA MOBILITY, LLC

IT IS SO ORDERED
[Signature]
Judge Edward J. Davila
DATED: 9/11/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIA MUJADADI-TYRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY, LLC; METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. 5:15-CV-2752 (NC)<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT MOTOROLA MOBILITY, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1.                                                      CASE NO. 5-15-CV-2572(NC)
Joint Stipulation To Continue Deadline For Defendant
Motorola Mobility, LLC To Respond To Plaintiff's Complaint

## JOINT STIPULATION

Pursuant to Civil Local Rule 6-1, Plaintiff Nia Mujadadi-Turan ("Plaintiff") and Defendant Motorola Mobility, LLC ("Motorola") (Plaintiff and Motorola are referred to as the "Parties"), hereby jointly stipulate to a second extension of time for Motorola to respond to Plaintiff's Complaint. Pursuant to the Parties Agreement, Motorola will respond to Plaintiff's Complaint on or before October 10, 2015. In support of this Stipulation, the Parties agree and stipulate as follows:

1. On June 18, 2015, Plaintiff initiated the present action against Motorola in the United States District Court for the Northern District of California. (See ECF, Doc. No. 1.)

2. Motorola was served with the Summons and Complaint in this action on July 21, 2015.

3. On August 11, 2015, the Parties agreed to a thirty (30) day extension for Motorola to respond to the Complaint. Pursuant to the stipulation, Motorola's response to the Complaint was due on or before September 10, 2015.

3. The Parties have agreed to a second thirty (3) day extension of time for Motorola to respond to Plaintiff's Complaint. Accordingly, Motorola's response to the Complaint is now due on or before October 9, 2015.

4. This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

5. This is the second extension of time sought in this matter.

Dated: September 10, 2015

/s/
Beth A. Davis
Attorneys for Plaintiff
NIA MUJADADI-TURAN

Dated: September 10, 2015

/s/
BENJAMIN A. EMMERT
LITTLER MENDELSON
Attorneys for Defendant
MOTOROLA MOBILITY, LLC

1.   CASE NO. 5-15-CV-2572(NC)
Joint Stipulation To Continue Deadline For Defendant
Motorola Mobility, LLC To Respond To Plaintiff's Complaint

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150