1  BENJAMIN A. EMMERT, Bar No. 212157
   LITTLER MENDELSON, P.C.
2  A Professional Corporation
   50 West San Fernando Street
3  15th Floor
   San Jose, CA  95113.2303
4  Telephone:   408.998.4150
   Fax No.:     408.288.5686
5
   Attorneys for Defendant
6  MOTOROLA MOBILITY, LLC

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 10/15/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NIA MUJADADI-TYRAN, | CASE NO. 5:15-CV-2752 (NC) |
|---|---|
| Plaintiff, | **THIRD JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT MOTOROLA MOBILITY, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| MOTOROLA MOBILITY, LLC; METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

1.   CASE NO. 5-15-CV-2572(NC)
Third Joint Stipulation To Continue Deadline For Defendant
Motorola Mobility, LLC To Respond To Plaintiff's Complaint

# JOINT STIPULATION

Pursuant to Civil Local Rule 6-1, Plaintiff Nia Mujadadi-Turan ("Plaintiff") and Defendant Motorola Mobility, LLC ("Motorola") (Plaintiff and Motorola are referred to as the "Parties"), hereby jointly stipulate to a third extension of time for Motorola to respond to Plaintiff's Complaint. Pursuant to the Parties Agreement, Motorola will respond to Plaintiff's Complaint on or before November 9, 2015. In support of this Stipulation, the Parties agree and stipulate as follows:

1. On June 18, 2015, Plaintiff initiated the present action against Motorola in the United States District Court for the Northern District of California. (See ECF, Doc. No. 1.)

2. Motorola was served with the Summons and Complaint in this action on July 21, 2015.

3. On August 11, 2015, the Parties agreed to a thirty (30) day extension for Motorola to respond to the Complaint. Pursuant to the stipulation, Motorola's response to the Complaint was due on or before September 10, 2015.

4. On September 10, 2015, the Parties agreed to a second thirty (30) day extension for Motorola to respond to the Complaint. Pursuant to the stipulation, Motorola's response to the Complaint was due on or before October 10, 2015.

5. The Parties have agreed to a third thirty (30) day extension of time for Motorola to respond to Plaintiff's Complaint. Accordingly, Motorola's response to the Complaint is now due on or before November 9, 2015.

6. This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

///
///
///
///
///
///

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

1.                                              CASE NO. 5-15-CV-2572(NC)
Third Joint Stipulation To Continue Deadline For Defendant
Motorola Mobility, LLC To Respond To Plaintiff's Complaint

7. This is the third extension of time sought in this matter.

We hereby attest that we have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: October 9, 2015

      /s/ *Beth A. Davis*
Beth A. Davis
Attorneys for Plaintiff
NIA MUJADADI-TURAN

Dated: October 9, 2015

      /s/ *Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON
Attorneys for Defendant
MOTOROLA MOBILITY, LLC

Firmwide:136338720.1 071264.1013

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

2.   CASE NO. 5-15-CV-2572(NC)
Third Joint Stipulation To Continue Deadline For Defendant
Motorola Mobility, LLC To Respond To Plaintiff's Complaint