C. ANDREW KITCHEN (SBN 292609)
dkitchen@maynardcooper.com
ALEXANDRA V. DRURY (SBN 291920)
adrury@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
275 Battery Street, Suite 1350
San Francisco, CA 94111
Telephone: (415) 591-8371
Facsimile:  (205) 254-1999

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

GLENN KANTOR (SBN 122643)
gkantor@kantorlaw.net
BETH A. DAVIS (SBN 277560)
bdavis@kantorlaw.net
ANDREW KANTOR (SBN 303093)
akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
NIA MUJADADI-TURAN

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 11/10/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIA MUJADADI-TURAN<br><br>                              Plaintiff,<br>vs.<br><br>MOTOROLA MOBILITY, LLC;<br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>                              Defendants. | Case No.: 05:15-cv-2752-EJD<br><br>**Hon. Edward J. Davila**<br><br>**FOURTH JOINT STIPULATION TO CONTINUE DEADLINE FOR METLIFE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:     June 18, 2015<br>Trial Date:              TBD |

## JOINT STIPULATION

Pursuant to Civil Local Rule 6-1, Plaintiff Nia Mujadadi-Turan ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife"), hereby jointly stipulate to an extension of time for MetLife to respond to Plaintiff's Complaint. The Parties agree and stipulate that MetLife will respond to Plaintiff's Complaint on or before December 9, 2015. In support of this Stipulation, the Parties agree and stipulate as follows:

1. On June 18, 2015, Plaintiff initiated the present action against MetLife in the United States District Court for the Northern District of California. (*See* ECF Doc. No. 1).

2. MetLife was served with the Summons and Complaint in this action on June 26, 2015.

3. The parties submitted stipulations extending the deadline for MetLife to respond to the Complaint to facilitate on-going settlement discussions. (*See* ECF Doc. Nos. 11, 13 and 20).

4. The Parties have agreed to an additional thirty (30) day extension of time for MetLife to respond to Plaintiff's Complaint. Accordingly, based on the stipulation, MetLife's response to Plaintiff's Complaint is due on or before December 9, 2015.

5. The Parties are optimistic that a resolution can be reached in this matter, and the additional time will afford the Parties the opportunity to explore settlement opportunities without incurring additional costs of litigation. This Stipulation will not alter the date of any event or deadline already fixed by Court order. Therefore, the Parties stipulate and agree to extend MetLife's deadline to respond to Plaintiff's Complaint until December 9, 2015.

| | |
|---|---|
| Date: November 9, 2015 | MAYNARD, COOPER, & GALE, LLP |
| | By: /s/ C. Andrew Kitchen |
| | C. Andrew Kitchen |
| | Attorneys for Defendant |
| | METROPOLITAN LIFE INSURANCE COMPANY |
| | |
| Date: November 9, 2015 | KANTOR & KANTOR LLP |
| | By: /s/ Beth A. Davis |
| | Beth A. Davis |
| | Attorneys for Plaintiff |
| | NIA MUJADADI-TURAN |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco State of California. I am over the age of eighteen years and not a party to this action. My business address is 275 Battery Street, Suite 1350, San Francisco, CA 94111. On November 9, 2015, I served a copy of the following documents:

**FOURTH JOINT STIPULATION TO CONTINUE DEADLINE FOR METLIFE TO RESPOND TO PLAINTIFF'S COMPLAINT**

[x]   CM/ECF ELECTRONIC SERVICE: The following are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of electronic filing.

GLENN KANTOR (SBN 122643)
gkantor@Kantorlaw.net
BETH A. DAVIS (SBN 277560)
bdavis@kantorlaw.net
ANDREW KANTOR (SBN 303093)
akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff NIA MUJADADI-TURAN

Benjamin A. Emmert
bemmert@littler.com
LITTLER MENDELSON
50 West San Fernando Street, 15th Floor
San Jose, CA  95113-2431
Telephone: (408) 998-4150
Facsimile: (408) 288-5686

Attorneys for Defendant MOTOROLA MOBILITY, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 9, 2015, at San Francisco, California.

_____
Mila Dunn