*Counsel Appear On The Following Page*

IT IS SO ORDERED

*Judge Edward J. Davila*

DATED: 12/9/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIA MUJADADI-TURAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOTOROLA MOBILITY, LLC;<br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br><br>　　　　Defendants. | CASE NO. 5:15-CV-2752 (EJD)<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS MOTOROLA MOBILITY, LLC AND METROPOLITAN LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT** |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1.   　　　　　　　　　　　　　　　　　　　　　　CASE NO. 5-15-CV-2572(EJD)
Joint Stipulation To Continue Deadline For Defendants Motorola Mobility, LLC And Metropolitan Life Insurance Company To Respond To Plaintiff's Complaint

**JOINT STIPULATION**

Pursuant to Civil Local Rule 6-1, Plaintiff Nia Mujadadi-Turan ("Plaintiff") and Defendants Motorola Mobility, LLC ("Motorola") and Metropolitan Life Insurance Company ("MetLife") (Plaintiff, Motorola, and MetLife are referred to as the "Parties"), hereby jointly stipulate to a fifth extension of time for Motorola and MetLife to respond to Plaintiff's Complaint. Pursuant to the Parties Agreement, the deadline for Motorola and MetLife to file their respective responses to Plaintiff's Complaint will be continued from December 9, 2015 to January 8, 2016. In support of this Stipulation, the Parties agree and stipulate as follows:

1. On June 18, 2015, Plaintiff initiated the present action against Motorola and MetLife in the United States District Court for the Northern District of California. (See ECF, Doc. No. 1.)

2. MetLife was served with the Summons and Complaint in this action on June 26, 2015.

3. Motorola was served with the Summons and Complaint in this action on July 21, 2015.

4. The Parties submitted stipulations extended the deadline for MetLife to respond to the Complaint to facilitate on-going settlement discussions (See ECF Doc. Nos. 11, 14, 20, 25, 29.) Where required, the Court granted each of these stipulations. (See ECF Doc. Nos. 22, 28, 31.)

5. The Parties submitted stipulations extended the deadline for Motorola to respond to the Complaint to facilitate on-going settlement discussions (See ECF Doc. Nos. 13, 21, 24, 30.) Where required, the Court granted each of these stipulations. (See ECF Doc. Nos. 23, 27, 32.)

6. On December 8, 2015, the Parties have agreed to a further thirty (30) day extension of time for Motorola and MetLife to respond to Plaintiff's Complaint. Accordingly, Motorola and MetLife's respective responses to the Complaint are now due on or before January 8, 2016.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

7. The Parties are optimistic that a resolution can be reached in this matter and the additional time will afford the parties the opportunity to continue their settlement opportunities without incurring additional costs of litigation.

8. This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

9. This is the sixth extension of time sought in this matter on behalf of MetLife and the fifth extension of time sought on behalf of Motorola.

We hereby attest that we have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: December 8, 2015

/s/ Beth A. Davis
BETH A. DAVIS
Attorneys for Plaintiff
NIA MUJADADI-TURAN

Dated: December 8, 2015

/s/ Benjamin A. Emmert
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MOTOROLA MOBILITY, LLC

Dated: December 8, 2015

/s/ C. Andrew Kitchen
C. ANDREW KITCHEN
MAYNARD, COOPER, & GALE, LLP
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

Firmwide:137461992.1 071264.1013

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

3.   CASE NO. 5-15-CV-2572(EJD)
Joint Stipulation To Continue Deadline For Defendants Motorola Mobility, LLC And Metropolitan Life Insurance Company To Respond To Plaintiff's Complaint

1  Glenn Kantor - SBN 122643
     E-mail: gkantor@Kantorlaw.net
2  Beth A. Davis - SBN 277560
     E-mail: bdavis@kantorlaw.net
3  Andrew Kantor – SBN 303093
     E-mail: akantor@kantorlaw.net
4  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
5  Northridge, CA  91324
   Telephone: (818) 886-2525
6  Facsimile: (818) 350-6272

7  Attorneys for Plaintiff,
   NIA MUJADADI-TURAN
8

9  BENJAMIN A. EMMERT, Bar No. 212157
     bemmert@littler.com
10 LITTLER MENDELSON, P.C.
   A Professional Corporation
11 50 West San Fernando Street
   15th Floor
12 San Jose, CA  95113.2303
   Telephone:   408.998.4150
13 Facsimile:   408.288.5686

14 Attorneys for Defendant
   MOTOROLA MOBILITY, LLC
15

16 C. ANDREW KITCHEN (SBN 292609)
     dkitchen@maynardcooper.com
17 LINDA B. OLIVER (SBN 166720)
     loliver@maynardcooper.com
   ALEXANDRA V. DRURY (SBN 291920)
18   adrury@maynardcooper.com
   MAYNARD, COOPER, & GALE, LLP
19 600 Montgomery Street, Suite 2600
   San Francisco, CA  94111
20 Telephone: (415) 704-7433
   Facsimile: (205) 254-1999
21
   Attorneys for Defendant
22 METROPOLITAN LIFE INSURANCE COMPANY

23

24

25

26

27

28

1.   CASE NO. 5-15-CV-2572(EJD)

Joint Stipulation To Continue Deadline For Defendants Motorola Mobility, LLC And Metropolitan Life Insurance Company To Respond To Plaintiff's Complaint

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150