1 | *Counsel Appear On The Following Page*

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 2/10/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NIA MUJADADI-TURAN, | CASE NO. 5:15-CV-2752 (EJD) |
|---|---|
| Plaintiff, | **FURTHER JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS MOTOROLA MOBILITY, LLC AND METROPOLITAN LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| MOTOROLA MOBILITY, LLC; METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

03531921.1                     1.                    CASE NO. 5-15-CV-2572(EJD)
Joint Stipulation To Continue Deadline For Defendants Motorola Mobility, LLC And Metropolitan Life Insurance Company To Respond To Plaintiff's Complaint

```
 1
 2   Glenn Kantor - SBN 122643
        E-mail: gkantor@Kantorlaw.net
 3   Beth A. Davis - SBN 277560
        E-mail: bdavis@kantorlaw.net
 4   Andrew Kantor – SBN 303093
        E-mail: akantor@kantorlaw.net
 5   KANTOR & KANTOR, LLP
     19839 Nordhoff Street
 6   Northridge, CA  91324
     Telephone:     (818) 886-2525
 7   Facsimile:     (818) 350-6272

 8   Attorneys for Plaintiff,
     NIA MUJADADI-TURAN
 9

10   BENJAMIN A. EMMERT, Bar No. 212157
        bemmert@littler.com
11   LITTLER MENDELSON, P.C.
     A Professional Corporation
12   50 West San Fernando Street
     15th Floor
13   San Jose, CA  95113.2303
     Telephone:    408.998.4150
14   Facsimile:    408.288.5686

15   Attorneys for Defendant
     MOTOROLA MOBILITY, LLC
16
     C. ANDREW KITCHEN (SBN 292609)
17       dkitchen@maynardcooper.com
     LINDA B. OLIVER (SBN 166720)
18       loliver@maynardcooper.com
     ALEXANDRA V. DRURY (SBN 291920)
19       adrury@maynardcooper.com
     MAYNARD, COOPER, & GALE, LLP
20   600 Montgomery Street, Suite 2600
     San Francisco, CA  94111
21   Telephone:    (415) 704-7433
     Facsimile:    (205) 254-1999
22
     Attorneys for Defendant
23   METROPOLITAN LIFE INSURANCE COMPANY

24
25
26
27
28
```

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

03531921.1                                2.                           CASE NO. 5-15-CV-2572(EJD)
Joint Stipulation To Continue Deadline For Defendants Motorola Mobility, LLC And Metropolitan Life Insurance Company To Respond To Plaintiff's Complaint

## JOINT STIPULATION

Pursuant to Civil Local Rule 6-1, Plaintiff Nia Mujadadi-Turan ("Plaintiff") and Defendants Motorola Mobility, LLC ("Motorola") and Metropolitan Life Insurance Company ("MetLife") (Plaintiff, Motorola, and MetLife are referred to as the "Parties"), hereby jointly stipulate to a seventh extension of time for Motorola and MetLife to respond to Plaintiff's Complaint. Pursuant to the Parties Agreement, the deadline for Motorola and MetLife to file their respective responses to Plaintiff's Complaint will be continued from February 8, 2016 to March 7, 2016. To support this Stipulation, the Parties agree and stipulate as follows:

1. On June 18, 2015, Plaintiff initiated the present action and MetLife in the United States District Court for the Northern District of California. (See ECF, Doc. No. 1.)

2. MetLife was served with the Summons and Complaint on June 26, 2015.

3. Motorola was served with the Summons and Complaint on July 21, 2015.

4. The Parties submitted stipulations extending the deadline for MetLife to respond to the Complaint to facilitate on-going settlement discussions (See ECF Doc. Nos. 11, 14, 20, 25, 29, 37, 39.) Where required, the Court granted each of these stipulations. (See ECF Doc. Nos. 22, 28, 31, 38, 40.)

5. The Parties submitted stipulations extending the deadline for Motorola to respond to the Complaint to facilitate on-going settlement discussions (See ECF Doc. Nos. 13, 21, 24, 30, 37, 39.) Where required, the Court granted each of these stipulations. (See ECF Doc. Nos. 23, 27, 32, 38, 40.)

6. Since the last request, the Parties have been engaged in conversations regarding either scheduling a settlement conference with a Magistrate Judge or retaining a private mediator. While no firm date for a settlement conference or mediation has been set at this time, the Parties are continuing to talk and are optimistic an agreement as to the form and the neutral will be reached soon.

7. On February 5, 2016, the Parties agreed to a further thirty (30) day extension of time for Motorola and MetLife to respond to Plaintiff's Complaint. Motorola and MetLife's respective responses to the Complaint are now due on or before March 7, 2016.

8. The Parties are optimistic that a resolution can be reached in this matter and the additional time will afford the Parties the opportunity to continue their settlement opportunities without incurring additional costs of litigation.

9. This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

10. This is the eighth extension of time sought on behalf of MetLife and the seventh extension of time sought on behalf of Motorola.

We hereby attest that we have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: February 8, 2016

        /s/ *Beth A. Davis*
BETH A. DAVIS
Attorneys for Plaintiff
NIA MUJADADI-TURAN

Dated: February 8, 2016

        /s/ *Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MOTOROLA MOBILITY, LLC

Dated: February 8, 2016

        /s/ *Linda B. Oliver*
LINDA B. OLIVER
MAYNARD, COOPER, & GALE, LLP
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

03531921.1                                     4.                        CASE NO. 5-15-CV-2572(EJD)
Joint Stipulation To Continue Deadline For Defendants Motorola Mobility, LLC And Metropolitan Life Insurance Company To Respond To Plaintiff's Complaint