*Counsel Appear On The Following Page*

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 3/9/2016

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIA MUJADADI-TURAN<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MOTOROLA MOBILITY, LLC;<br>METROPOLITAN LIFE INSURANCE<br>COMPANY<br><br>　　　　　　　Defendants. | Case No.: 05:15-cv-2752-EJD<br><br>**Hon. Edward J. Davila**<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:　June 18, 2015<br>Trial Date:　　　　TBD |

1  GLENN KANTOR (SBN 122643)
    gkantor@kantorlaw.net
2  BETH A. DAVIS (SBN 277560)
    bdavis@kantorlaw.net
3  ANDREW KANTOR (SBN 303093)
    akantor@kantorlaw.net
   KANTOR & KANTOR, LLP
4  19839 Nordhoff Street
   Northridge, CA  91324
5  Telephone:     (818) 886-2525
   Facsimile:      (818) 350-6272

6  Attorneys for Plaintiff,
   NIA MUJADADI-TURAN
7

8  C. ANDREW KITCHEN (SBN 292609)
     dkitchen@maynardcooper.com
9  LINDA B. OLIVER (SBN 166720)
     loliver@maynardcooper.com
10 ALEXANDRA V. DRURY (SBN 291920)
     adrury@maynardcooper.com
   MAYNARD, COOPER, & GALE, LLP
11 600 Montgomery Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:     (415) 704-7433
   Facsimile:      (205) 254-1999

13 Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
14

15 BENJAMIN A. EMMERT (SBN 212157)
     bemmert@littler.com
16 LITTLER MENDELSON, P.C.
   A Professional Corporation
17 50 West San Fernando Street, 15th Floor
   San Jose, CA  95113
18 Telephone:     (408) 998-4150
   Facsimile:      (408) 288-5686

19 Attorneys for Defendant
   MOTOROLA MOBILITY, LLC
20

2

JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

## JOINT STIPULATION

Pursuant to Civil Local Rule 6-1, Plaintiff Nia Mujadadi-Turan ("Plaintiff") and Defendants Motorola Mobility, LLC ("Motorola") and Metropolitan Life Insurance Company ("MetLife") (Plaintiff, Motorola, and MetLife are referred to as the "Parties"), hereby jointly stipulate to an eighth extension of time for Motorola and MetLife to respond to Plaintiff's Complaint. Pursuant to the Parties' Agreement, the deadline for Motorola and MetLife to file their respective responses to Plaintiff's Complaint will be continued from March 7, 2016 to April 4, 2016. In support of this Stipulation, the Parties agree and stipulate as follows:

1. On June 18, 2015, Plaintiff initiated the present action against Motorola and MetLife in the United States District Court for the Northern District of California. (See ECF, Doc. No. 1.)

2. MetLife was served with the Summons and Complaint in this action on June 26, 2015.

3. Motorola was served with the Summons and Complaint in this action on July 21, 2015.

4. The Parties submitted stipulations extending the deadline for MetLife to respond to the Complaint to facilitate on-going settlement discussions (See ECF Doc. Nos. 11, 14, 20, 25, 29, 37, 39, 42.) Where required, the Court granted each of these stipulations. (See ECF Doc. Nos. 22, 28, 31, 38, 40, 43.)

5. The Parties submitted stipulations extending the deadline for Motorola to respond to the Complaint to facilitate on-going settlement discussions (See ECF Doc. Nos. 13, 21, 24, 30, 37, 39, 42.) Where required, the Court granted each of these stipulations. (See ECF Doc. Nos. 23, 27, 32, 38, 40, 43.)

6. Since the last request, the Parties have been engaged in conversations regarding

1  settlement and execution of a settlement agreement.

2      7.   On March 7, 2016, the Parties agreed to a further twenty-eight (28) day extension of

3  time for Motorola and MetLife to respond to Plaintiff's Complaint.  Accordingly, Motorola and

4  MetLife's respective responses to the Complaint are now due on or before April 4, 2016.

5      8.   The Parties are optimistic that a resolution can be reached in this matter and the

6  additional time will afford the Parties the opportunity to continue their settlement opportunities

7  without incurring additional costs of litigation.

8      9.   This Stipulation will not alter the date of any event or any deadline already fixed by

9  Court order.

10     We hereby attest that we have on file all holographic signatures corresponding to

11 any signatures indicated by a conformed signature (/s/) within this e-filed document.

13 Date: March 7, 2016        MAYNARD, COOPER, & GALE, LLP

14         By: /s/ *Linda B. Oliver*
           Linda B. Oliver
15         Attorneys for Defendant
           METROPOLITAN LIFE INSURANCE COMPANY

17 Date: March 7, 2016        KANTOR & KANTOR, LLP

18         By: */s/ Glenn Kantor*
           Glenn Kantor
19         Attorneys for Plaintiff
           NIA MUJADADI-TURAN

21 Date: March 7, 2016        LITTLER MENDELSON, P.C.

22         By: */s/ Benjamin A. Emmert*
           Benjamin A. Emmert
23         Attorneys for Defendant
           MOTOROLA MOBILITY, LLC

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco State of California. I am over the age of eighteen years and not a party to this action. My business address is 600 Montgomery Street, Suite 2600, San Francisco, CA 94111. On March 7, 2016, I served a copy of the following documents:

**JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

[x]   CM/ECF ELECTRONIC SERVICE: The following are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of electronic filing.

Glenn Kantor (SBN 122643)
gkantor@Kantorlaw.net
Beth A. Davis (SBN 277560)
bdavis@kantorlaw.net
Andrew Kantor (SBN 303093)
akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff NIA MUJADADI-TURAN

Benjamin A. Emmert (SBN 212157)
bemmert@littler.com
LITTLER MENDELSON
50 West San Fernando Street, 15th Floor
San Jose, CA  95113-2431
Telephone: (408) 998-4150
Facsimile: (408) 288-5686

Attorneys for Defendant MOTOROLA MOBILITY, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 7, 2016, at San Francisco, California.

_____
Mila Dunn