Glenn Kantor - SBN 122643
  E-mail: gkantor@Kantorlaw.net
Beth A. Davis - SBN 277560
  E-mail: bperez@kantorlaw.net
Andrew Kantor – SBN 303093
  E-mail: akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
NIA MUJADADI-TURAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIA MUJADADI-TURAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOTOROLA MOBILITY, LLC;<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, | CASE NO:  5:15-cv-2752- EJD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**TO THE HONORABLE EDWARD J. DAVILA AND HIS COURT CLERK:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff Nia Mujadadi-Turan and Defendants Motorola Mobility, LLC and Metropolitan Life Insurance Company, by and through their respective counsel of record, that this action shall be dismissed in its entirety with prejudice as to all parties.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED**.

DATED: January 12, 2017                    KANTOR & KANTOR, LLP

                                                         By:   /s/  Glenn R. Kantor
                                                                 Glenn R. Kantor
                                                                 Attorneys for Plaintiff,
                                                                 NIA MUJADADI-TURAN

| | | |
|---|---|---|
| DATED: January 12, 2017 | | LITTLER MENDELSON, P.C. |

By: /s/ *Benjamin A. Emmert*
Benjamin A. Emmert
Attorneys for Defendant
MOTOROLA MOBILITY LLC

DATED: January 12, 2017                MAYNARD, COOPER & GALE, LLP

By: /s/ *Linda B. Oliver*
C. Andrew Kitchen
Linda B. Oliver
Alexandra V. Drury
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), Glenn R. Kantor hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

### [PROPOSED] ORDER FOR DISMISSAL

### OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

DATED: _____                    _____
EDWARD J. DAVILA
United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525